ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA       :   **TRANSPORTATION ORDER**

       - v -                          :   22 MJ 6805 (UA)

DAVID MULLIN,                   :

------------------------------------x

Upon the application of **David Mullin**, by his attorney, **Christopher Flood, Esq.**, Federal Defenders of New York, Inc., it is hereby:

**ORDERED** that the United States Marshals Service transport David Mullin, from the Southern District of New York and deliver him to St. Elizabeth's Hospital at 1100 Alabama Avenue, SE, Washington, DC 20032 on today, Thursday, August 18, 2022.

Dated:   New York, New York       **SO ORDERED:**
         August 18, 2022

_____
HONORABLE BARBARA MOSES
United States Magistrate Judge